

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0193-11

**DEVIN SHARIF BRIDGES, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON REHEARING OF APPELLANT'S
### PETITION FOR DISCRETIONARY REVIEW
### FROM THE FIFTH COURT OF APPEALS
### DALLAS COUNTY

*Per curiam.*

### O P I N I O N

Appellant was convicted of murder and sentenced to confinement for life and assessed a fine of $10,000. The Court of Appeals affirmed the conviction. *Bridges v. State*, (Tex. App. — Dallas, No. 05-09-00784-CR, delivered January 31, 2011). Appellant's petition for discretionary review was dismissed as untimely filed on July 27, 2011. Appellant has filed a motion for rehearing requesting reinstatement of his petition

so that it will be considered by this Court.  Appellant's motion for rehearing is granted.

His petition filed in this Court on July 5, 2011, is reinstated as of November 2, 2011,  and

will be considered in accord with Tex.R.App.P. 68.


Delivered November 2, 2011
Do not publish